■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. STANLEY CARLIN, on Behalf of ANTHONY D., Appellant, v ELLEN SCHALL, Respondent. — Appeal from order, Supreme Court, Bronx County (Joseph DiFede, J.), entered on April 12, 1985, unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Asch, Bloom and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES JAMERSON, Appellant. — Judgment, Supreme Court, New York County (Dorothy Cropper, J.), rendered on October 6, 1983, unanimously affirmed. Motion by defendant's counsel to submit a supplemental brief granted. No opinion. Concur — Murphy, P. J., Carro, Asch, Bloom and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORMAN ZAKS, Appellant. — Judgment, Supreme Court, New York County (Arnold Fraiman, J.), rendered on February 19, 1985, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur — Kupferman, J. P., Ross, Fein, Kassal and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNESTO POVEDA, Appellant. — Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on April 5, 1984, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Ross, Fein, Kassal and Rosenberger, JJ.